

# Fourth Court of Appeals
## San Antonio, Texas

October 18, 2019

No. 04-19-00538-CV

William Alec **TISDALL,** M.D. and William A. Tisdall, M.D., P.A. d/b/a Spine & Joint Pain
Specialists,
Appellants

v.

Thomas **VAREBROOK** and Rebecca Varebrook,
Appellees

From the 37th Judicial District Court, Bexar County, Texas
Trial Court No. 2017-CI-06007
Honorable Michael E. Mery, Judge Presiding

## O R D E R

The reporter's record in this appeal was originally due September 9, 2019; however, we granted an extension of time until October 9, 2019 to file it. On October 11, 2019, court reporter Amy L. Hinds filed a motion requesting a further extension until December 9 to file the part of the record for which she is responsible. She stated the extension was necessary because she had been in trial for four weeks.

We grant the motion **in part**. *See* TEX. R. APP. P. 35.3(c) (extension of time to file record must not exceed 30 days). We **order Amy L. Hinds** to file the record in this appeal by **November 8, 2019**.

Ms. Hinds is advised that the court will not grant a further extension of time unless she files a notice that (1) establishes there are extraordinary circumstances that prevent her from timely filing the record, (2) provides the court a status report showing the parts of the record that have been completed and a detailed breakdown of what remains to be done, and (3) provides the court reasonable assurance the record will be completed and filed by the requested extended deadline. If the reporter is unable to perform all her duties and complete the record in a timely manner, she must take whatever steps are necessary, including requesting a substitute reporter or hiring competent assistance, so that she may timely complete and file the record in this appeal.

Because "[t]he trial and appellate courts are jointly responsible for ensuring that the appellate record is timely filed," TEX .R. APP. P. 35.3(c), we also order the clerk of this court to serve a copy of this order on the trial court.

_Luz Elena D. Chapa_
Luz Elena D. Chapa, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 18th day of October, 2019.

_Luz Estrada_
LUZ ESTRADA,
Chief Deputy Clerk